SILVER ENTERPRISES, INC. v. RENT LEVELING CONTROL
BOARD OF THE TOWNSHIP OF FREEHOLD.

October 19, 1981.

Petition for certification denied.

BIRCHWOOD LAKES COLONY CLUB, INCORPORATED v.
BOROUGH OF MEDFORD LAKES.

October 19, 1981.

Petition for certification granted. (See 179 *N.J.Super.* 409)

STATE OF NEW JERSEY v. MELVIN CAUSEY.

October 19, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. LINZIE JOHNSON.

October 19, 1981.

Petition for certification denied.